Exhibit "1"

## Trust Banks Active As of 12/31/2014

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 23968 | Simmons First Trust Company, National Association | Pine Bluff | AR | 35526 | 2868352 |
| 18608 | Deutsche Bank National Trust Company | Los Angeles | CA | 26732 | 670560 |
| 18607 | State Street Bank and Trust Company of California, National Association | Los Angeles | CA | 26474 | 812164 |
| 24526 | The Bank of New York Mellon Trust Company, National Association | Los Angeles | CA | 23472 | 398668 |
| 23869 | Bessemer Trust Company of California, National Association | San Francisco | CA | 35413 | 2845782 |
| 22121 | Blackrock Institutional Trust Company, National Association | San Francisco | CA | 32961 | 1444021 |
| 24559 | Recontrust Company, National Association | Simi Valley | CA | 58026 | 3313943 |
| 18410 | Citicorp Trust Delaware, National Association | New Castle | DE | 25677 | 449038 |
| 24955 | Barclays Wealth Trustees (U.S.), National Association | Wilmingtion | DE | 59043 | 4125778 |
| 24547 | Bessemer Trust Company of Delaware, National Association | Wilmington | DE | 58011 | 3310287 |
| 24944 | Brown Brothers Harriman Trust Company of Delaware, National Associa | Wilmington | DE | 59025 | 4032791 |
| 25051 | Key National Trust Company of Delaware | Wilmington | DE | 59069 | 4368351 |
| 24966 | Neuberger Berman Trust Company of Delaware National Association | Wilmington | DE | 59047 | 4146830 |
| 24173 | The Goldman Sachs Trust Company, National Association | Wilmington | DE | 57337 | 3066025 |
| 24090 | U.S. Bank Trust National Association | Wilmington | DE | 57047 | 2916963 |
| 24286 | UBS Trust Company, National Association | Wilmington | DE | 57388 | 2864729 |
| 23201 | Wells Fargo Delaware Trust Company, National Association | Wilmington | DE | 34465 | 2531991 |
| 24470 | Mercantil Commercebank Trust Company, National Association | Coral Gables | FL | 57852 | 3266825 |
| 24936 | Canandaigua National Trust Company of Florida | Sarasota | FL | 58999 | 3952904 |
| 24771 | Raymond James Trust, National Association | St. Petersburg | FL | 33879 | 2163477 |
| 24106 | Atlantic Trust Company, National Association | Atlanta | GA | 91325 | 975751 |
| 24350 | Synovus Trust Company, National Association | Columbus | GA | 33962 | 2262718 |
| 24120 | First Community Trust, National Association | Dubuque | IA | 57179 | 2973041 |
| 23690 | The Chicago Trust Company, National Association | Lake Forest | IL | 35063 | 2719810 |
| 23918 | Wheaton College Trust Company, National Association | Wheaton | IL | 57150 | 2960788 |
| 23421 | New Covenant Trust Company, National Association | Jeffersonville | IN | 34732 | 2641827 |
| 24047 | Unified Trust Company, National Association | Lexington | KY | 35534 | 2924128 |
| 24134 | Argent Trust Company, National Association | Ruston | LA | 33196 | 1496150 |
| 23689 | Cambridge Appleton Trust, National Association | Boston | MA | 35199 | 2757951 |
| 17202 | Wellington Trust Company, National Association | Boston | MA | 23741 | 692704 |
| 23148 | Computershare Trust Company, National Association | Canton | MA | 34629 | 2600039 |
| 21882 | First Financial Trust, National Association | Wellesley | MA | 27479 | 1369870 |
| 24627 | 1919 Investment Counsel & Trust Company, National Association | Baltimore | MD | 33785 | 2713920 |
| 22475 | Acadia Trust, National Association | Portland | ME | 33597 | 1962888 |
| 25057 | Ameriprise National Trust Bank | Minneapolis | MN | 58303 | 3470239 |
| 23483 | Bremer Trust, National Association | St. Cloud | MN | 27120 | 1160853 |
| 24310 | Securian Trust Company, National Association | St. Paul | MN | 57405 | 3089752 |
| 24290 | Country Club Trust Company, National Association | Kansas City | MO | 57402 | 3058114 |
| 25007 | Stifel Trust Company, N.A. | St. Louis | MO | 59065 | 4257594 |
| 22874 | UMB Bank & Trust, National Association | St. Louis | MO | 34065 | 2337335 |
| 24429 | Brown Brothers Harriman Trust Company, National Association | New York | NY | 25824 | 931207 |
| 24452 | Deutsche Bank Trust Company, National Association | New York | NY | 34056 | 2325882 |
| 24907 | Evercore Trust Company, National Association | New York | NY | 58927 | 3939240 |
| 24961 | Neuberger Berman Trust Company National Association | New York | NY | 59046 | 4149037 |
| 24920 | Rockefeller Trust Company, National Association | New York | NY | 26622 | 62110 |
| 18045 | State Street Bank and Trust Company National Association | New York | NY | 24938 | 93619 |
| 22926 | The Private Trust Company, National Association | Cleveland | OH | 34057 | 2328285 |
| 22281 | The Trust Company of Toledo, National Association | Holland | OH | 33239 | 1820979 |
| 23623 | Investrust, National Association | Oklahoma City | OK | 34988 | 2686529 |
| 23412 | U.S. Bank Trust Company, National Association | Portland | OR | 34588 | 2567123 |
| 24475 | First National Trust Company | Hermitage | PA | 57793 | 3229875 |
| 24121 | Vanguard National Trust Company, National Association | Malvern | PA | 57304 | 3045383 |
| 23864 | The Glenmede Trust Company, National Association | Philadelphia | PA | 35317 | 2826017 |

## Trust Banks Active As of 12/31/2014

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 24581 | National Penn Wealth Management, National Association | Wyomissing | PA | 33915 | 2216663 |
| 23604 | U.S. Bank Trust National Association SD | Sioux Falls | SD | 34813 | 2667920 |
| 24421 | First Financial Trust & Asset Management Company, National Associati | Abilene | TX | 57757 | 3213735 |
| 24338 | Legacy Trust Company, National Association | Houston | TX | 57380 | 2597223 |
| 24398 | Zions Trust, National Association | Salt Lake City | UT | 57638 | 3192960 |
| 24751 | Vnbtrust, National Association | Charlottesville | VA | 58748 | 3616680 |
| 23702 | Old Point Trust & Financial Services, National Association | Newport News | VA | 35248 | 2797210 |
| 23250 | Associated Trust Company, National Association | Milwaukee | WI | 27102 | 1629903 |
| 24010 | Security National Trust Co. | Wheeling | WV | 57081 | 2912750 |

62

*Prepared by Supervisory Information Division*